**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7475**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JERRY LEE WATSON,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CR-92-143, CA-96-3243-6-20AK)

───────────

Submitted:  June 17, 1999          Decided:  June 24, 1999

───────────

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Benjamin Thomas Stepp, FEDERAL PUBLIC DEFENDER'S OFFICE, Green-
ville, South Carolina, for Appellant.  William Corley Lucius, As-
sistant United States Attorney, Greenville, South Carolina, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Lee Watson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Watson, Nos. CR-92-143; CA-96-3243-6-20AK (D.S.C. Oct. 7, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2